UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILLIAMS, KASTNER AND GIBBS PLLC,<br><br>                   Plaintiff(s),<br>    v.<br><br>ROYAL O'BRIEN,<br><br>                   Defendant(s). | CASE NO. C24-1479-KKE<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Kymberly K. Evanson, United States District Judge:

Defendant removed this action, asserting this Court has subject matter jurisdiction on the basis of diversity of citizenship between the parties. Dkt. No. 1 at 3–5. Because Plaintiff is an LLC, it is required to file a diversity disclosure statement that identifies the name and state citizenship of each individual or entity whose citizenship is attributable to Plaintiff, in compliance with Federal Rule of Civil Procedure 7.1(a)(2). Plaintiff filed a corporate disclosure statement under Rule 7.1(a)(1) (Dkt. No. 11), but is ORDERED to also file a statement under Rule 7.1(a)(2), no later than October 4, 2024.

Dated this 26th day of September, 2024.

Ravi Subramanian<br>
Clerk<br><br>
/s/ Serge Bodnarchuk<br>
Deputy Clerk

MINUTE ORDER - 1