UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILLIAMS KASTNER AND GIBBS PLLC, | CASE NO. C24-1479-KKE |
| Plaintiff(s), | MINUTE ORDER |
| v. | |
| ROYAL O'BRIEN, | |
| Defendant(s). | |

The following Minute Order is made by direction of the Court, the Honorable Kymberly K. Evanson, United States District Judge:

In response to this Court's order, Plaintiff filed a diversity disclosure statement, but failed to identify the domiciles of its LLC members as instructed.  *See* Dkt. No. 14.  In order to allow the Court to assess whether it has subject matter jurisdiction over this case, the Court must consider the citizenship of every member of the Plaintiff LLC.  Plaintiff shall file an amended disclosure statement under Federal Rule of Civil Procedure 7.1(a)(2) no later than October 7, 2024.

Dated this 1st of October, 2024.

                                         Ravi Subramanian
                                         Clerk

                                         */s/ Serge Bodnarchuk*
                                         Deputy Clerk

MINUTE ORDER - 1