## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| WILLIAMS KASTNER AND GIBBS PLLC, | CASE NO. C24-1479-KKE |
| Plaintiff(s), | ORDER DISMISSING CASE |
| v. | |
| ROYAL O'BRIEN, | |
| Defendant(s). | |

In accordance with the parties' stipulation (Dkt. No. 22), this action is DISMISSED with prejudice without an award of fees or costs to any party.

Dated this 9th day of December, 2024.

*Kymberly K. Evanson*
Kymberly K. Evanson
United States District Judge

ORDER DISMISSING CASE - 1